# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV19-10184-MWF (AS) | Date | April 2, 2020 |
| Title | Reynaldo Ortega v. Andrew Saul, *Commissioner of Social Security* | | |

Present: The Honorable  Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**   **(IN CHAMBERS)** ORDER TO SHOW CAUSE

    On December 4, 2019, the Court issued an Order Re: Procedures in Social Security Case ("CMO") (Docket Entry No. 7) and ordered that within 7 days from the response of government counsel, either: (a) the parties will file a notice regarding the resolution of the action (request for dismissal, stipulation for remand, etc.); or (b) the agency will file an answer and the administrative record with the Court. As of today, the parties have failed to file the required document or request an extension of time in which to do so.

    The Court ORDERS the parties to promptly file a notice regarding the resolution of the action (request for dismissal, stipulation for remand, etc.); or the agency will file an answer and the administrative record with the Court in accordance with the Court's Order Re: Procedures in Social Security Case within five (5) days of the date of this Order. All other deadlines of the CMO remain in effect.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |