Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO ORTEGA, | ) |
| | ) CASE NO.: 2:19-cv-10184-AS |
| Plaintiff, | ) |
| | ) |
| v. | ) [PROPOSED] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($5,750.00) and costs in the amount of FOUR HUNDRED DOLLARS TWO DOLLARS AND 00/100 ($400.00) subject to the terms of the stipulation.

DATED: January 26, 2022                     / s / Sagar
                                            HON. ALKA SAGAR
                                            UNITED STATES MAGISTRATE JUDGE

-1-